# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor:  **BALCER, BRADLEY & DAWN**

Chapter 13 Case No  **06-60326**
jointly administered

Please Check One:

_X_ Unclaimed Dividends

___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| BANK OF AMERICA<br>PO BOX 26012<br>GRENSBORO, NC 27420-6012 | 4 | $13,673.41 | $119.57 |
| BANK OF AMERICA<br>PO BOX 26012<br>GRENSBORO, NC 27420-6012 | 5 | 17238.04 | $150.75 |

TOTAL TO CLERK'S FUND                                               $270.32

**November 20, 2009**                    /s/ Kyle L Carlson
DATE                                                          TRUSTEE

RECEIVED 09 NOV 23 PM 1:00 U.S. BANKRUPTCY COURT FERGUS FALLS, MN